IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 306 MOC WCM

| | |
|---|---|
| KATHLEEN MORGAN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| ANDREW SAUL, ) | |
| Commissioner of the Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 3) filed by Charles F. Hall, IV. The Motion indicates that Mr. Hall, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that he seeks the admission of David F. Chermol, who the Motion represents as being a member in good standing of the Bar of the Commonwealth of Pennsylvania. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 3) and **ADMITS** David F. Chermol to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: December 21, 2020

W. Carleton Metcalf
United States Magistrate Judge