UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cv-306-MOC

| | | |
|---|---|---|
| KATHLEEN MORGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**UPON CONSIDERATION** of Defendant's Consent Motion to Remand Under Sentence

Four of 42 U.S.C. § 405(g), (Doc. No. 14), Plaintiff's consent to that motion, and the entire

record in this case, Defendant's motion is **GRANTED**.

It is hereby **ORDERED** that the final decision of the Commissioner is reversed and that

this matter is hereby remanded to the Commissioner for further administrative action.

To this extent, Plaintiff's pending Motion for Summary Judgment, (Doc. No. 12), is

**DENIED** as moot.

Signed: October 28, 2021

Max O. Cogburn Jr.
United States District Judge