UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cv-306-MOC

| | |
|---|---|
| KATHLEEN MORGAN, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) **ORDER** |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Plaintiff's Unopposed Motion for Attorney Fees. (Doc. No. 17). The motion is **GRANTED**. The parties have agreed that the Commissioner of Social Security should pay the sum of $6,970.00, in full and final settlement of all claims arising under the Equal Access to Justice Act ("EAJA"). See 28 U.S.C. § 2412(d).

Additionally, Plaintiff shall be paid $400.00 in costs from the Judgment Fund of the U.S. Department of the Treasury pursuant to 28 U.S.C. § 2412(a)(1). The fee award will first be subject to offset of any debt Plaintiff may owe to the United States. The Commissioner will determine whether Plaintiff owes a debt to the United States. If so, the debt will be satisfied first, and if any funds remain, they will be made payable to Plaintiff and mailed to Plaintiff's counsel. If the United States Department of the Treasury reports to the Commissioner that the Plaintiff does not owe a federal debt, the government will exercise its discretion and honor an assignment of EAJA fees and pay the awarded fees and costs directly to Plaintiff's counsel. All checks made consistent with this order must be mailed to 11450 Bustleton Avenue, Philadelphia, PA 19116.

Signed: February 4, 2022

*[Signature]*

Max O. Cogburn Jr.
United States District Judge